```
FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
E. ANNE HANSON
Nevada Bar No. 16249
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone:  (702) 252-3131
E-Mail Address:  smahoney@fisherphillips.com
E-Mail Address:  ehanson@fisherphillips.com
Attorney for Defendants
```

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| NICOLE DURAN, <br><br> Plaintiff, <br><br> vs. <br><br> SILVER STATE BELL RESTAURANT HOLDINGS, LLC d/b/a TACO BELL and DIVERSIFIED RESTAURANT GROUP RSC, LLC d/b/a TACO BELL, <br><br> Defendants. | Case No: 3:24-cv-00096-CLB <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT** <br><br> **(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendants will have up to and including April 5, 2024, to answer or otherwise respond to Plaintiff's Complaint (ECF No. 1).  This is the first request for an extension of this deadline.   Defense counsel needs additional time to review the facts of

- 1 -

FP 49933052.2

1  this matter and because of events and deadlines in other cases.

| LAW OFFICE OF MARK MAUSERT | FISHER & PHILLIPS, LLP |
|---|---|
| /s/ Sean McDowell, Esq. | /s/ Scott M. Mahoney, Esq. |
| Mark Mausert, Esq. | Scott M. Mahoney, Esq. |
| Sean McDowell, Esq. | E. Anne Hanson, Esq. |
| 729 Evans Avenue | 300 South Fourth Street |
| Reno, NV 89512 | Suite 1500 |
| Attorneys for Plaintiff | Las Vegas, NV 89101 |
|  | Attorneys for Defendants |

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: March 11, 2024.

FP 49933052.2