1   FISHER & PHILLIPS LLP
    E. ANNE HANSON
2   Nevada Bar No. 16249
3   300 S. Fourth Street
    Suite 1500
4   Las Vegas, NV  89101
    Telephone:  (702) 252-3131
5   E-Mail Address:  ehanson@fisherphillips.com
    Attorneys for Defendant
6

7                       UNITED STATES DISTRICT COURT

8                            DISTRICT OF NEVADA

9   NICOLE DURAN,                    )  Case No: 3:24-cv-00096-MMD-CLB
                                     )
10                    Plaintiff,     )  **ORDER GRANTING**
                                     )  **STIPULATION AND ORDER RE:**
11       vs.                         )  **FILING OF DISMISSAL**
                                     )
12  SILVER STATE BELL, LLC d/b/a     )          **(FIRST REQUEST)**
13  TACO BELL,                       )
                                     )
14                    Defendant.     )
                                     )
15  _____)

16          IT IS HEREBY STIPULATED AND AGREED between the parties that they

17  have an extension of time,  up  to and including August 2, 2024, to file a Stipulation and

18  / / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28

*FISHER & PHILLIPS LLP*
*300 S Fourth Street, Suite 1500*
*Las Vegas, Nevada 89101*

- 1 -

FP 51540490.1

1  Order for Dismissal.  A Settlement Agreement has been signed, but the settlement is

2  still being consummated.  This is the first request for an extension of this deadline.

3      Dated this 11th day of July, 2024.

4  LAW OFFICE OF MARK MAUSERT          FISHER & PHILLIPS, LLP

5

6  /s/ Sean McDowell                           /s/  E. Anne Hanson            .
   Mark Mausert, Esq.                          E.  Anne Hanson, Esq.

7  Sean McDowell, Esq.                         300 South Fourth Street
   729 Evans Avenue                            Suite 1500

8  Reno, NV  89512                             Las Vegas, NV  89101
   Attorneys for Plaintiff                     Attorneys for Defendant

9

10                       **IT IS SO ORDERED.**

11                       _____

12                       UNITED STATES DISTRICT JUDGE

13                       July 15, 2024
                         _____

14                       DATED

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**FISHER & PHILLIPS LLP**
300 S Fourth Street, Suite 1500
Las Vegas, Nevada  89101

FP 51540490.1