Mark Mausert
Nevada Bar #2398
Sean McDowell, Esq.
Nevada Bar #15962
729 Evans Avenue
Reno, Nevada 89512
(775) 786 5477
(775) 786 9658 –fax
mark@markmausertlaw.com
sean@markmausertlaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NICOLE DURAN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SILVER STATE BELL, LLC d/b/a TACO BELL,<br><br>　　　　　Defendant. | Case No.: 3:24-cv-00096-MMD-CLB<br><br>**ORDER GRANTING STIPULATION AND [PROPOSED] ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff NICOLE DURAN and Defendant SILVER STATE BELL, LLC d/b/a TACO BELL, by and through their respective counsel of record, that pursuant to F.R.C.P. 41(a)(1), Plaintiff's claims in the above referenced action are hereby dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 30th day of July, 2024.
MARK MAUSERT LAW OFFICE

 */s/ Mark Mausert*
　MARK MAUSERT
　SEAN McDOWELL
　729 Evans Avenue
　Reno, Nevada 89512

*Attorneys for Plaintiff*

Dated: July 30, 2024.

Dated this 30th day of July, 2024.
FISHER & PHILLIPS LLP

 */s/ E. Anne Hanson*
　E. ANNE HANSON
　300 S. Fourth Street, Suite 1500
　Las Vegas, Nevada 89101

*Attorney for Defendant*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE